UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Attorney: Thompson Hine LLP- New York
Address: 335 Madison Avenue, 12th Floor New York, NY 10017

Job #: 1451865

WEIGUO SUN, et al.,

Plaintiff

vs

GTV MEDIA GROUP INC., et al.,

Defendant

Case Number: 1:21-cv-04529-LGS

Date Filed: 05/19/2021

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 5/24/2021, at 10:36 AM at: **162 EAST 64TH STREET, NEW YORK, NY 10065** Deponent served Summons in a Civil Action, Complaint, Civil Cover Sheet, Emergency Individual Rules and Practices in Light of Covid -19 of Lorna G. Schofield, U.S.D.J., Individual Rules and Procedures for Civil Cases of Lorna G. Schofield, U.S.D.J. and Electronic Case Filing Rules & Instructions

On: **GTV MEDIA GROUP INC.**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Mack Robertson personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Security thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male      Color of skin: Black      Color of hair: Black      Glasses: No
Age: 36-50    Height: 6ft Over            Weight: Over 200 Lbs.

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $ .

**#4 OTHER**
☒ Mr. Robertson, stated he is authorized to accept service on behalf of subject.

Sworn to before me on 05/24/2021

*LATCHME DEVI DREPAUL*
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579

COURT SUPPORT, INC., 181 HILLSIDE AVENUE, WILLISTON PARK, NY 11596 LICENSE #1382542