UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIGUO SUN, LINDA HE CHEUNG, JIA LI WANG, JIAMEI LU, JUN LIU, MAO-FU WENG, RUQIN WANG, TELI CHEN, WEIXIANG GE, SHUANG WANG, XINGYU YAN, YAN GAO, YI LI, AND YING LIU,<br><br>Plaintiffs,<br><br>v.<br><br>GTV MEDIA GROUP INC., SARACA MEDIA GROUP INC., WENGUI GUO (a/k/a HO WAN KWOK), VOICE OF GUO MEDIA, INC., AND LIHONG WEI LAFRENZ (a/k/a "SARA", a/k/a LIHONG WEI)<br><br>Defendants. | Civil Action No.: 1:21-cv-04529<br><br>ECF Case |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I served a Notice of Motion for Substitute Service on Defendants Wei Lafrez and Voice of Guo Media, Inc., Memorandum of Law in support of Plaintiffs' Motion for Substitute Service on Defendants Wei Lafrez and Voice of Guo Media, Inc. and Declaration of Brian Lanciault, Esq. in support of Plaintiffs' Motion for Substitute Service on Defendants Wei Lafrez and Voice of Guo Media, Inc. as follows:

**By Email on Defendants GTV Media Group Inc. and Saraca Media Group Inc.**:

Aaron Mitchell, Esq.
162 E. 64th Street
New York, NY 10065
aaron@lmesq.com

*Attorneys for Defendants GTV Media Group Inc. and Saraca Media Group Inc.*

2

**By Email on Defendant Wengui Guo**:

    Jeffrey Gavenman, Esq.
    Schulman Bhattacharya, LLC
    6116 Executive Blvd., Suite 425
    North Bethesda, Maryland 20852
    jgavenman@xchulmanbh.com

    *Attorneys for Defendant Wengui Guo*

Dated: July 12, 2021

                                            /s/Brian P. Lanciault, Jr.
                                            Brian P. Lanciault, Jr.