**THOMPSON HINE**

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
CHICAGO    CLEVELAND    DAYTON    WASHINGTON, D.C.

August 11, 2021

*via ECF*

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The application is GRANTED in part.  The initial pre-trial conference scheduled for August 19, 2021, at 11:00 a.m., is **adjourned** to **September 9, 2021, at 11:00 a.m.**, on the following conference call line:  888-363-4749, access code 558-3333.  The parties are reminded that their joint letter and proposed case management plan are due one week prior, or by **September 2, 2021**.  The date for Defendants' submission of a joint letter stating whether (1) they intend to submit motions to dismiss and (2) identifying any overlap in issues between those proposed motions, as set forth at Dkt. No. 29, is **adjourned** to **September 2, 2021**.
>
> SO ORDERED
>
> Dated: August 12, 2021
> New York, New York
>
> _____
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  *Weiguo Sun, et al. v. GTV Media Group, Inc., et al.*, No. 1:21-cv-04529-LGS
     Joint Letter Pursuant to Order Entered June 10, 2021 (Dkt. 16)

Dear Judge Schofield:

We represent the Plaintiffs in the above-captioned matter and write pursuant to Your Honor's Individual Rules and Procedures I.B.2 to request an adjournment of the initial pre-trial conference presently scheduled for August 19, 2021 at 11:00 AM. Plaintiffs' counsel is required to appear at a court conference in another matter on the same date and at the same time and is unable to obtain an adjournment of that conference.

Plaintiffs' counsel conferred with counsel for Defendants Wengui Guo, GTV Media Group, Inc., and Saraca Media Group, Inc.[1] and they do not object to this request. Neither Plaintiffs' counsel nor Defendant's counsel are available during the week of August 23, 2021. Therefore, Plaintiffs respectfully request that the conference be adjourned until **September 2, 2021 at 11:00 AM**. This is Plaintiffs' first request for an adjournment of the conference and it will not affect any previously scheduled dates.

---

[1] Defendants Lihong Wei Lafrenz and Voice of Guo Media, Inc. were served with the summons and complaint in this matter on July 16, 2021 pursuant to Your Honor's order authorizing substitute service. *See* ECF Nos. 25, 30. Neither Lafrenz nor VOG have appeared.

Brian.Lanciault@ThompsonHine.com    Fax: 212.344.6101    Phone: 212.908.3945

THOMPSON HINE LLP    335 Madison Avenue    www.ThompsonHine.com
ATTORNEYS AT LAW    12th Floor    Phone: 212.344.5680
                   New York, New York 10017-4611    Fax: 212.344.6101



Hon. Lorna G. Schofield
August 11, 2021
Page 2

Respectfully submitted,

**THOMPSON HINE LLP**

<u>/s/Brian P. Lanciault, Jr.</u>

Brian P. Lanciault, Jr.
Mendy Piekarski
335 Madison Avenue, 12th Floor
New York, NY 10017
T: 212.344.5680
F: 212.344.6101
Brian.Lanciault@thompsonhine.com
Mendy.Piekarski@thompsonhine.com

Steven A. Block (*pro hac vice*)
20 N. Clark Street, Suite 3200
Chicago, IL 60602
T: 312.998.4240
F: 312.998.4245
Steven.Block@thompsonhine.com

*Attorneys for Plaintiffs*