UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Weiguo Sun, et al.

                    Plaintiff(s),

- against -

GTV Media Group, Inc., et al.

                    Defendant(s),
-----------------------------------------------------------X

1:21 Civ. 04529 (LGS)

**CLERK'S CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2021

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 19, 2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Lihong Wei Lafrenz and Voice of Guo Media, Inc. by personally serving defendants by email on July 15, 2021 pursuant to the Court's Order [Doc. 25], and proof of service was therefore filed on July 16, 2021, Doc. #(s) 30.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

August 23, 2021

RUBY J. KRAJICK
Clerk of Court

By: _____
      Deputy Clerk