UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIGUO SUN, LINDA HE CHEUNG, JIA LI WANG, JIAMEI LU, JUN LIU, MAO-FU WENG, RUQIN WANG, TELI CHEN, WEIXIANG GE, SHUANG WANG, XINGYU YAN, YAN GAO, YI LI, AND YING LIU, | Civil Action No.: 1:21-cv-04529-LGS |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | |
| GTV MEDIA GROUP INC., SARACA MEDIA GROUP INC., WENGUI GUO (a/k/a HO WAN KWOK), VOICE OF GUO MEDIA, INC., AND LIHONG WEI LAFRENZ (a/k/a "SARA", a/k/a LIHONG WEI) | **ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)** |
| Defendants. | |

Upon the Declaration of Brian Lanciault, sworn to the 10th day of September, 2021, the exhibits thereto, the supporting declarations of Plaintiffs and exhibits thereto, the accompanying Memorandum of Law, the affidavit of service of the Summons and Complaint, copy of the Clerk's Certificate of Default stating that no answers have been filed by Defendants Lihong Wei Lafrenz and Voice of Guo Media, Inc., and copies of all pleadings, it is hereby

ORDERED, that the above-named defendants Lihong Wei Lafrenz and Voice of Guo Media, Inc. show cause before this Court, at Courtroom 1106, Thurgood Marshall, United States Courthouse, 40 Foley Square, New York, New York 10007 on _____ ___, _____, at ____ o'clock ____ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Local Civil Rule 55.2(b), for entry of default judgment against Defendants Lihong Wei Lafrenz and

Voice of Guo Media, Inc. (1) declaring that each Defendant is jointly and severally liable to Plaintiffs, (2) awarding Plaintiffs damages as set forth in the below table, (3) awarding Plaintiffs punitive damages in an amount to be determined by the Court, and (4) awarding such other and further relief as the Court deems just and proper

Table of Plaintiffs' Damages

| Plaintiff's Name | Amount Paid |
|---|---|
| Weiguo Sun | $59,200.00 |
| Linda He Cheung | $50,030.00 |
| Jia Li Wang | $430,000.00 |
| Jiamei Lu | $40,000.00 |
| Jun Liu | $35,000.00 |
| Mao-Fu Weng | $45,000.00 |
| RuQin Wang | $89,980.00 |
| Teli Chen | $125,000.00 |
| Weixiang Ge | $4,500.00 |
| Shuang Wang | $25,500.00 |
| Xingyu Yan | $100,000.00 |
| Yan Gao | $66,000.00 |
| Yi Li | $45,000.00 |
| Ying Liu | $20,000.00 |
| **TOTAL:** | **$1,135,210.00** |

IT IS FURTHER ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a default judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Local Civil Rule 55.2(b); and it is further

ORDERED that service of a copy of this order, the annexed declarations and exhibits thereto, and the supporting Memorandum of Law shall be served upon Defendants Lihong Wei Lafrenz and Voice of Guo Media, Inc. by email delivery to Defendant Lihong Wei Lafrenz at the following email addresses: (1) sarawei808@gmail.com; (2) help@vog.media; (3) duizhang@vog.media; and (4) vog202064@gmail.com. Such service shall be completed on or before _____ and shall be deemed good and sufficient service thereof.

DATED: _____
New York, New York


ISSUED:

_____
United States District Judge
Lorna G. Schofield