UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
WEIGUO SUN, LINDA HE CHEUNG, JIA LI
WANG, JIAMEI LU, JUN LIU, MAO-FU WENG,
RUQIN WANG, TELI CHEN, WEIXIANG GE,
SHUANG WANG, XINGYU YAN, YAN GAO, YI
LI, AND YING LIU,
                            Plaintiffs,

                -against-

GTV MEDIA GROUP INC., SARACA MEDIA
GROUP INC., WENGUI GUO (a/k/a HO WAN
KWOK), VOICE OF GUO MEDIA, INC., AND
LIHONG WEI LAFRENZ (a/k/a "SARA", a/k/a
LIHONG WEI) ,
                            Defendants.
------------------------------------------------------------------

21 Civ. 04529 (LGS)

ORDER

WHEREAS, on July 14, 2021, Defendant Weinguo Guo submitted a pre-motion letter in anticipation of a partial motion to dismiss (Dkt. No. 24), and Plaintiffs submitted a response on July 21, 2021 (Dkt. No. 31). It is hereby

**ORDERED** that the parties shall file their submissions in connection with the motion according to the following schedule:

- By **October 1, 2021**, Defendant Guo shall file his partial motion to dismiss and memorandum of law in support of the motion;
- By **October 15, 2021**, Plaintiffs shall file any opposition; and
- By **October 22, 2021**, Defendant shall file any reply.

The parties shall comply with the Court's Individual Rules regarding motions, including page limits. It is further

2

**ORDERED** that the parties shall file a joint letter by **September 27, 2021**, describing their position(s) as to whether the automatic stay in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B), applies to stay all discovery in this case pending a decision on Defendant Guo's motion to dismiss.

Dated: September 17, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE