UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIGUO SUN, LINDA HE CHEUNG, JIA LI WANG, JIAMEI LU, JUN LIU, MAO-FU WENG, RUQIN WANG, TELI CHEN, WEIXIANG GE, SHUANG WANG, XINGYU YAN, YAN GAO, YI LI, AND YING LIU,<br><br>Plaintiffs,<br><br>v.<br><br>GTV MEDIA GROUP INC., SARACA MEDIA GROUP INC., WENGUI GUO (a/k/a HO WAN KWOK), VOICE OF GUO MEDIA, INC., AND LIHONG WEI LAFRENZ (a/k/a "SARA", a/k/a LIHONG WEI)<br><br>Defendants. | Civil Action No.: 1:21-cv-04529-LGS<br><br>**JURY TRIAL DEMANDED**<br><br>**[PROPOSED] DEFAULT JUDGMENT** |

This cause comes before the Court on Plaintiffs Weiguo Sun's, Linda He Cheung's, Jia Li Wang's, Jiamei Lu's, Jun Liu's, Mao-Fu Weng's, RuQin Wang's, Teli Chen's, Weixiang Ge's, Shuang Wang's, Xingyu Yan's, Yan Gao's, Yi Li's, and Ying Liu's (collectively "Plaintiffs") Order to Show Cause for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b)(2). The Court has considered the Order to Show Cause, the supporting papers and evidence, and all other relevant factors and it is hereby:

**ORDERED AND ADJUGED** that Plaintiffs Order to Show Cause is **GRANTED**. Default Judgment is entered in favor of Plaintiffs and against Defendants Lihong Wei Lafrenz and Voice of Guo Media, Inc. (together the "Default Defendants") as to the claims set forth in the Counts I, III, IV, and V of the Complaint as follows:

1. ~~The Default Defendants are jointly and severally liable for the damages to each of the Plaintiffs.~~

2. ~~The Default Defendants are jointly and severally liable for punitive damages to each of the Plaintiffs.~~

3. ~~The Default Defendants shall pay to Plaintiff Weiguo Sun $59,200.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

4. ~~The Default Defendants shall pay to Plaintiff Linda He Cheung $50,030.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

5. ~~The Default Defendants shall pay to Plaintiff Jia Li Wang $430,000.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

6. ~~The Default Defendants shall pay to Plaintiff Jiamei Lu $40,000.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

7. ~~The Default Defendants shall pay to Plaintiff Jun Liu $35,000.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

8. ~~The Default Defendants shall pay to Plaintiff Mao-Fu Weng $45,000.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

9. ~~The Default Defendants shall pay to Plaintiff RuQin Wang $89,980.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

10. ~~The Default Defendants shall pay to Plaintiff Teli Chen $125,000.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

11. ~~The Default Defendants shall pay to Plaintiff Weixiang Ge $4,500.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

12. ~~The Default Defendants shall pay to Plaintiff Linda Shuang Wang $25,500.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

13. ~~The Default Defendants shall pay to Plaintiff Xingyu Yan $100,000.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

14. ~~The Default Defendants shall pay to Plaintiff Yan Gao $66,000.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

15. ~~The Default Defendants shall pay to Plaintiff Yi Li $45,000.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

16. ~~The Default Defendants shall pay to Plaintiff Ying Liu $20,000.00 representing damages and $_____ representing punitive damages, for a total of $_____, plus applicable interest thereon.~~

**IT IS SO ORDERED.**

~~DATED:_____~~

A separate referral order for an inquest on damages will issue.

SO ORDERED.

Dated: October 14, 2021
       New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

114155.1