UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WEIGUO SUN et al.,

                Plaintiffs,

-against-

GTV MEDIA GROUP INC. et al.,

                Defendants.
------------------------------------------------------------X

21 Civ. 4529 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Case Management Plan and Scheduling Order dated September 3, 2021 (Dkt. No. 42), scheduled a pre-motion conference on January 28, 2022 at 11:00 a.m.

    WHEREAS, on October 14, 2021, discovery in this action was stayed while Plaintiffs pursue recovery in connection with the SEC-administered Fair Fund. It is hereby

    **ORDERED** that the pre-motion conference scheduled for January 28, 2022, is **CANCELLED**.

Dated: January 26, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE