UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WEIGUO SUN et al.,

                                 Plaintiffs,           21 Civ. 4529 (LGS)

             -against-                          ORDER

GTV MEDIA GROUP INC., et al.,

                                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on February 18, 2022, bankruptcy counsel for Ho Wan Kwok, also known as Wengui Guo, a defendant in this action, filed a notice of bankruptcy stating that Kwok filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, with the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Proceeding"), and that Kwok's voluntary petition operates as a stay of judicial actions or proceedings against Kwok. It is hereby

       **ORDERED** that by **April 24, 2022**, and every sixty (60) days thereafter, Plaintiffs shall file a status letter informing the Court of the status of the Bankruptcy Proceeding.

Dated: February 22, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE