UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WEIGUO SUN et al.,

                              Plaintiffs,              21 Civ. 4529 (LGS)

-against-                          ORDER

GTV MEDIA GROUP INC., et al.,

                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated October 14, 2021, the parties were directed to file a joint letter every sixty (60) days advising the court on the status of Plaintiffs' ability to recover in connection with the SEC-administered Fair Fund.

      WHEREAS, the most recent letter was due on April 12, 2022.

      WHEREAS, no status letter was filed. It is hereby

      **ORDERED** that by **April 15, 2022**, the parties shall file a status letter.

Dated: April 13, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**