UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                              :

WEIGUO SUN, et al.,                        :

                       Plaintiffs,   :

                                  :          21 Civ. 4529 (LGS)

                 -against-          :

                                  :           ORDER

GTV MEDIA GROUP INC., et al.,        :

                    Defendants.  :

                                  :

-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 9, 2022, Magistrate Judge Cott issued a Report and

Recommendation;

       WHEREAS, Plaintiffs have not filed proof of service of the report on the docket.  It is

hereby

       **ORDERED** that Plaintiffs shall promptly serve a copy of the Report and Recommendation

on the Defaulting Defendants.  It is further

       **ORDERED** that Plaintiffs shall file proof of such service on the docket by **September 28,**

**2022**.

Dated:  September 20, 2022
        New York, New York

                                **LORNA G. SCHOFIELD**
                         **UNITED STATES DISTRICT JUDGE**