UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WEIGUO SUN, et al.,
                      Plaintiffs,

               -against-

GTV MEDIA GROUP INC., et al.,
                      Defendants.
------------------------------------------------------------X

21 Civ. 4529 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated February 22, 2022, required Plaintiffs to file a status letter every sixty days updating the Court on the status of Defendant Guo's bankruptcy proceedings;

WHEREAS, the last letter regarding such proceedings was filed on December 20, 2022;

WHEREAS, no letter was filed by February 19, 2023.  It is hereby

**ORDERED** that, by **March 3, 2023**, Plaintiffs shall file the status letter.

Dated: February 28, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE