

March 2, 2023

*via ECF*

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Weiguo Sun, et al. v. GTV Media Group, Inc., et al.,* No. 1:21-cv-04529-LGS

Dear Judge Schofield:

We represent Plaintiffs in the above-captioned action and write pursuant to the Court's February 22, 2022 Order directing Plaintiffs to file a status letter regarding the status of Defendant Wengui Guo's (a/k/a Ho Wan Kwok) bankruptcy proceeding captioned *In re Ho Wan Kwok*, No. 22-50073 (JAM) (D. Conn. Bankr.). *See* ECF No. 82.

On July 8, 2022, the Court appointed a Chapter 11 trustee (the "Trustee"). *See* ECF No. 523. Guo filed a motion seeking relief from that order and the Court denied that motion on August 2, 2022. *See* ECF Nos. 561, 667. Guo filed a notice of appeal from the order denying his motion for relief on August 10, 2022. *See* ECF No. 715. Guo also filed a motion requesting a stay of the bankruptcy proceeding pending appeal. *See* ECF No. 761. The Court head oral argument during a hearing on August 30, 2022 and the motion for stay was taken under advisement. *See* ECF No. 808. No order has issued.

As previously reported, on December 2, 2022, the Trustee filed an "addendum" to a supplemental motion requesting that the proposed bar date order, which the Court had not entered, be revised to permit creditors to submit proofs of claim in redacted form. *See* ECF No. 1191. On January 3, 2023, the Court held a hearing on the supplemental motion and, on January 5, 2023, entered an order setting February 17, 2023 as the bar date for filing proofs of claim. *See* ECF Nos. 1280, 1297.

Plaintiffs have submitted proofs of claim and will continue to monitor Guo's bankruptcy proceeding. Plaintiffs intend to assert their rights in order to protect and preserve their claims, in accordance with the Bankruptcy Code and the Bankruptcy Court's orders.

Brian.Lanciault@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3945

THOMPSON HINE LLP
ATTORNEYS AT LAW

335 Madison Avenue
12th Floor
New York, New York 10017-4611

www.ThompsonHine.com
Phone: 212.344.5680
Fax: 212.344.6101



Hon. Lorna G. Schofield
March 2, 2023
Page 2

Respectfully submitted,


**THOMPSON HINE LLP**

*/s/Brian P. Lanciault, Jr.*

Brian P. Lanciault, Jr.
335 Madison Avenue, 12th Floor
New York, NY 10017
T: 212.344.5680
F: 212.344.6101
Brian.Lanciault@thompsonhine.com

Steven A. Block (*pro hac vice*)
20 N. Clark Street, Suite 3200
Chicago, IL 60602
T: 312.998.4240
F: 312.998.4245
Steven.Block@thompsonhine.com

*Attorneys for Plaintiffs*