

August 30, 2023

*via ECF*

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Weiguo Sun, et al. v. GTV Media Group, Inc., et al.,* No. 1:21-cv-04529-LGS

Dear Judge Subramanian:

      We represent Plaintiffs in the above-captioned action and write pursuant to the Court's February 22, 2022 Order directing Plaintiffs to file a status letter regarding the status of Defendant Wengui Guo's (a/k/a Ho Wan Kwok) bankruptcy proceeding captioned *In re Ho Wan Kwok*, No. 22-50073 (JAM) (D. Conn. Bankr.). *See* ECF No. 82.

      As previously reported, on January 5, 2023, the bankruptcy court entered an order setting February 17, 2023 as the bar date for filing proofs of claim. *See In re Ho Wan Kwok*, No. 22-50073, ECF Nos. 1280, 1297. Plaintiffs have submitted proofs of claim and will continue to monitor Guo's bankruptcy proceeding. Plaintiffs intend to assert their rights in order to protect and preserve their claims, in accordance with the Bankruptcy Code and the Bankruptcy Court's orders.

Respectfully submitted,

**THOMPSON HINE LLP**

*/s/Brian P. Lanciault, Jr.*

Brian P. Lanciault, Jr.
300 Madison Avenue, 27th Floor
New York, NY 10017
T: 212.344.5680
F: 212.344.6101
Brian.Lanciault@thompsonhine.com

*Attorneys for Plaintiffs*

Brian.Lanciault@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3945

THOMPSON HINE LLP   300 Madison Avenue, 27th Floor   www.ThompsonHine.com
ATTORNEYS AT LAW        New York, New York 10017-6232   O: 212.344.5680
                                                        F: 212.344.6101